IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONATHAN LESLIE-SANTIAGO | : |
| v. | : NO. 25-5333 |
| HOWARD HOLLAND, et al. | : |

**ORDER**

KELLEY BRISBON HODGE, J.

AND NOW, this 3rd day of February, 2026, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Scott W. Reid, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DISMISSED without prejudice; there is <u>no</u> basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
KELLEY BRISBON HODGE, J.